AYSE KENT (SBN 251114)
**AK EMPLOYMENT LAW OFFICE**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 638-9471
E-mail: ayse@aklaw.co

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOYER and JOHNNY BOYER, individually<br><br>**Plaintiffs**,<br><br>v.<br><br>UNIVERSAL PROTECTION SERVICE LP DBA ALLIED UNIVERSAL, a Limited Partnership; SAVE MART SUPERMARKETS, a California Corporation, and DOES 1 through 100, inclusive,<br><br>**Defendants**. | Case No. 19-cv-06481-EMC<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | **PLAINTIFFS' REQUEST FOR DISMISSAL** |
| 2 | **TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** |

Plaintiffs, by and through their counsel, pursuant to the terms of the settlement agreement executed between Plaintiffs and Defendants, hereby request that this action be dismissed with prejudice.

Dated: January 3, 2019           Respectfully submitted,

AK EMPLOYMENT LAW OFFICE

 /s/ Ayse Kent
AYSE KENT

Counsel for Plaintiffs Michael Boyer and Johnny Boyer



Dated: January 3, 2020